1

2

3

4

5

6                          **UNITED STATES DISTRICT COURT**

7                                **DISTRICT OF NEVADA**

8

ANTHONY COLEMAN,                              )
9                                             )
                       Plaintiff,             )
10                                            )              2:12-cv-02022-RCJ-PAL
           vs.                                )
11                                            )
COOPER CASTLE LAW FIRM et al.,                )              **ORDER**
12                                            )
                       Defendants.            )
13  _____  )

14         This is a residential foreclosure avoidance case.  Plaintiff Anthony Coleman has sued

15  Defendants Cooper Castle Law Firm ("Cooper Castle") and an attorney in its Las Vegas, Nevada

16  office, Matthew Dayton, in this Court on two state law claims: (1) fraud; and (2) violations of

17  Nevada Revised Statutes section 107.080.  Defendants have moved to dismiss for several

18  reasons.  The Court grants the motion for lack of subject matter jurisdiction.  Because Dayton is a

19  Nevada resident, he is not diverse with Plaintiff. *See* 28 U.S.C. § 1332(a).  The Court need not

20  examine the citizenship of Cooper Castle.

21  ///

22  ///

23  ///

24  ///

25  ///

1

**CONCLUSION**

2          IT IS HEREBY ORDERED that the Motion to Dismiss (ECF No. 5) is GRANTED.

3          IT IS FURTHER ORDERED that the Clerk shall close the case.

4          IT IS SO ORDERED.

5    Dated this 28th day of May, 2013.

6

7                                        _____
                                         ROBERT C. JONES
                                         United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25